■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW KAY, Appellant.— Judgment convicting defendant of the crime of assault in the second degree (Penal Law, § 242, subd. 5), and sentencing him to imprisonment for a term not less than two years and six months nor more than three years unanimously modified on the law and the facts, by reducing the degree of crime of which appellant is convicted to assault in the third degree (Penal Law, § 244) ; and the sentence is modified to the extent of ordering that defendant be sentenced to serve an indefinite term in the New York City Penitentiary pursuant to the provisions of article 7-A of the Correction Law; and as so modified the judgment is affirmed. Any time spent by defendant in prison under the original sentence shall be deducted from and credited to the term of the sentence imposed herein. The evidence failed to establish the specific intent to commit a felony required under subdivision 5 of section 242 of the Penal Law, although it was sufficient to warrant a conviction for assault in the third degree. Consequently, under section 543 of the Code of Criminal Procedure, this court may modify and correct the judgment (see *People* v. *May*, 9 A D 2d 508). Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES J. WALKER.— Motion for leave to appeal as a poor person denied as academic. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM ELFE.—Motion to withdraw appeal granted. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CARMINE ZOCCOLILLO.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Motion for an enlargement of time granted insofar as to extend defendant's time to serve and file the record on appeal and appellant's points to and including October 10, 1962, with notice of argument for the November 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Incorporation of AFRICAN NATIONALS IN AMERICA, INC.— Application for approval of the proposed certificate of incorporation of the African Nationals in America, Inc., pursuant to the provisions of subdivision 5 of section 280 of the Penal Law denied, with leave to renew if the applicant is so advised. In the event the application be renewed, then, in addition to a modification of the certificate of incorporation to limit the purposes thereof in compliance with section 280 of the Penal Law, there should be submitted with the application a detailed prospectus of the purposes and proposed activities so that it may be determined that they would be lawful in all respects. (See, further, *Matter of Gandhi Soc. for Human Rights*, 17 A D 2d 622.) Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.